# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 5, 2019

In re:
    Jerome Oglesby West
    Debtor*

Case Number: 19–50469 jam
Chapter: 7

### NOTICE DISALLOWING AND STRIKING AMENDMENT

    A deficient Amendment to Schedules and/or Statements, Schedule I was filed in the United States Bankruptcy Court Clerk's Office, ECF No. 32 . The debtor and/or their attorney having been informed by notice from this court of the deficiency, including incorrect versions of forms filed and/or missing filing fee, and to date, the deficiency having not been cured,

    Notice is given that said amendment is DISALLOWED and STRICKEN from the record.

    Notice is futher given that the debtor and/or their attorney is hereby directed to serve this Notice on those parties given notice of the amendment.

Dated: September 5, 2019

BY THE COURT

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 131 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.